UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY McCLOUD | CIVIL ACTION |
| VERSUS | NO. 08-3800 |
| BURL CAIN, WARDEN | SECTION "C" (6) |

## ORDER AND REASONS

IT IS ORDERED that the motion to amend or supplement § 2254 petition and to stay the

petition in abeyance to exhaust state remedies filed by the petitioner is GRANTED.   Rec. Doc.

33.   The Court notes that the unexhausted claims had already been addressed by the state trial

court at the time this motion was filed in this Court, suggesting that a stay pending exhaustion

will not unduly delay these proceedings or prejudice the State.   *See Rhines v. Weber*, 544 U.S.

269 (2005).  This order fully reserves to the state all arguments and defenses to the new claims

asserted by the petitioner.

IT IS FURTHER ORDERED that this Court's disposition of the petitioner's § 2254

petitioner is STAYED and this matter is ADMINISTRATIVELY CLOSED.    The stay may be

lifted upon motion to lift stay and re-open case filed by either party filed within 30 days from the

date exhaustion in state court occurs or within 30 days from the date of this order in the event

exhaustion has already occurred.

New Orleans, Louisiana, this 26th day of September, 2011.

_____

HELEN G. BERRIGAN

UNITED STATES DISTRICT JUDGE